No. 00–8625. BROOKS-BEY *v.* KUPEC, WARDEN, ET AL., 532 U. S. 952;

No. 00–8741. SKOLNICK ET AL. *v.* ILLINOIS ET AL., 532 U. S. 1011;

No. 00–8794. PITTS *v.* GEORGIA, 532 U. S. 1024;

No. 00–8797. MULDROW *v.* LAKE CITY POLICE DEPARTMENT ET AL., 532 U. S. 982;

No. 00–8812. IN RE WHITE, 532 U. S. 970;

No. 00–8980. DAVIS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 532 U. S. 999;

No. 00–8988. SECOR *v.* INDIANA DEPARTMENT OF REVENUE, 532 U. S. 999;

No. 00–9188. LEVINE *v.* UNITED STATES, 532 U. S. 1013; and

No. 00–9315. SINDRAM *v.* UNITED STATES, 532 U. S. 1031. Petitions for rehearing denied.

JUNE 26, 2001

No. 00–10811 (00A1132). IN RE LOWERY. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00–1911 (00A1117). RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 00–1917 (00A1131). RICHARDSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. Reported below: 256 F. 3d 257.

No. 00–10796 (00A1120). LOWERY *v.* INDIANA. Sup. Ct. Ind. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.